# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LARRY FLENOID, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:07CV0008 RWS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Movant has sought to reopen this case several times, and in each instance his request was denied. Movant now seeks relief under Rule 60(b) and to expand the record. Let me be clear: **this case is <u>final</u>; movant may not reopen this case or be granted relief in this case.** The only available avenue for relief is for movant to file an application in the Eighth Circuit Court of Appeals for leave to file a second or successive motion to vacate under § 2255.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to commence proceedings under Rule 60(b) [ECF No. 89], motion for leave to supplement [ECF No. 90], and motion to expand the record [ECF No. 91] are **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith.

Dated this 18th day of September, 2013.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE